Form defdso13

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Charles J. Wilks Jr.
12207 S. Justine Street
Chicago, IL 60643
SSN: xxx−xx−3861 EIN: N.A.

Case No. : 13−08672
Chapter : 13
Judge : Jacqueline P. Cox

---

### NOTICE TO INDIVIDUAL DEBTORS IN CHAPTER 12/13 CASES OF REQUIRED DOCUMENT FOR DISCHARGE

In order to receive a Discharge, you must file the following document.

☑ Debtor's Declaration Domestic Support Obligations.

Please complete the local form titled Debtor's Declaration Regarding Domestic Support Obligations. If a joint petition was filed, each spouse must complete and file a separate declaration.

The local form, Debtor's Declaration Regarding Domestic Support Obligations, is available on our website at www.ilnb.uscourts.gov/Forms/Form_Orders.cfm

If you do not file the required document, your case will be closed without a discharge. You will still be liable for the current balance of the debts you owed before filing. If you subsequently file a Motion to Reopen, you must pay the reopening fee.

If you are represented by an attorney, please contact your attorney for guidance.

If you have any questions about submitting the form, please call 312−408−5000.

FOR THE COURT

Dated: April 11, 2019

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

```
                        United States Bankruptcy Court
                         Northern District of Illinois
```

In re:                                                            Case No. 13-08672-JPC
Charles J. Wilks, Jr.                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: jclarke              Page 1 of 1            Date Rcvd: Apr 11, 2019
                             Form ID: defdso13          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 13, 2019.
db             +Charles J. Wilks, Jr.,    12207 S. Justine Street,    Chicago, IL 60643-5407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2019 at the address(es) listed below:
              Crystal V Sava    on behalf of Creditor    FIFTH THIRD BANK MORTGAGE COMPANY
               ccaceres@alolawgroup.com, bankruptcy@alolawgroup.com
              Evan Lincoln Moscov    on behalf of Creditor    Nationstar Mortgage, LLC. evan.moscov@moscovlaw.com,
               bncmail@w-legal.com;teresap@w-legal.com
              Nisha B Parikh    on behalf of Creditor    Fifth Third Mortgage Company bankruptcy@fal-illinois.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              S. M. de Rath    on behalf of Debtor 1 Charles J. Wilks, Jr. ALSlawl@gmail.com,
               r42919@notify.bestcase.com
              Sarah E Barngrover    on behalf of Creditor    Fifth Third Mortgage Company amps@manleydeas.com
              Steven C Lindberg    on behalf of Creditor    Fifth Third Mortgage Company bankruptcy@fallaw.com
              Timothy R Yueill    on behalf of Creditor    FIFTH THIRD BANK MORTGAGE COMPANY timothyy@nevellaw.com
              Tom Vaughn    ecf@tvch13.net, ecfchi@gmail.com
              William O Chatt    on behalf of Creditor    Renaissance Estates Condominium Association
               bchatt@ccpchicago.com, service@ccpchicago.com
                                                                                                TOTAL: 10