Form 13-15

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois

In re **Charles Wilks**                                  Case No. **13-08672**

                    Debtor

### DEBTOR'S DECLARATION REGARDING
### DOMESTIC SUPPORT OBLIGATIONS
### (REQUIRED TO OBTAIN CHAPTER 13 DISCHARGE UNDER § 1328(a))

I certify (check one):

[✓] During the pendency of this bankruptcy case, I have not been required to pay a domestic support obligation by any order of a court or administrative agency or by any statute.

[ ] During the pendency of this bankruptcy case, I have paid all domestic support obligations that have become due under any order of a court or administrative agency or under any statute.

*If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAY 21 2019
JEFFREY P. ALLSTEADT, CLERK
INTAKE 3

### DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I have read the foregoing statement and that it is true and correct to the best of my knowledge, information, and belief.

**Charles Wilks**                                  **5-11-19**
Signature of Debtor                                Dated

**Charles Wilks**
Name of Debtor (Printed)

Note: This form must be completed and filed with the court in order for the debtor to receive a discharge under §1328(a)/§ 1228(a). In joint cases, the form must be completed and filed by each debtor.

Revised 02/16 lh